*HUSA*

**FILED**

AUG 18 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8737

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 <br> Importation of a Controlled Substance <br> (Felony) |
| Rogelio ZAZUETA | |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about August 15, 2008, within the Southern District of California, defendant Rogelio ZAZUETA did knowingly and intentionally import approximately 17.40 kilograms (38.28 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 18, DAY OF AUGUST 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Claudia E. Herzog, declare under penalty of perjury, the following is true and correct:

On August 15, 2008, at approximately 1703 hours, Rogelio ZAZUETA entered the United States through the Calexico, CA West Port of Entry. ZAZUETA was the sole occupant driver of a 1992 Mazda 2200 pickup truck pulling a tow dolly.

A primary Customs & Border Protection Officer J. Tubbs received a negative Customs declaration from ZAZUETA. ZAZUETA claimed ownership of the vehicle and stated that the vehicle was not registered under his name. Officer Tubbs asked again whom the vehicle belonged to and ZAZUETA stated it belonged to a friend. ZAZUETA and the vehicle were referred to secondary.

In the vehicle secondary, ZAZUETA gave Officer X. Ramos a negative Customs declaration and stated he was going to Calexico to pick up his mother in-law's vehicle, which broke down. During the inspection, Officer Ramos tapped the tow dolly tires, which felt solid. A canine inspection of the vehicle produced an alert to tow dolly's tires. Twenty-eight (28) packages were removed from the tow dolly's tires. The packages contained a green leafy substance, which field-tested positive for marijuana. A total of 17.40 kilograms (38.28 pounds) of marijuana were concealed within the tow dolly's tires.

ZAZUETA was arrested in violation of 21 U.S.C. § 952 & 960, Importation of a Controlled Substance. ZAZUETA acknowledged and waived his Miranda Rights and admitted knowledge of smuggling marijuana in the vehicle. ZAZUETA stated he was going to be paid $1,000.00 to cross the marijuana-laden vehicle into the United States.

Executed on 08/15/08 @ 2225 hours.

_____
Claudia E. Herzog, Special Agent
U. S. Immigration & Customs Enforcement

On the basis of the facts presented in this probable cause statement consisting of 1 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on ~~01/26/07~~ 8/15/08 in violation of 21 U.S.C. §§ 952 & 960.

_____     8/16/08 at 9:10 AM
United States Magistrate Judge              Date/Time